IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

Shirley Williams,
Gale Pelfrey,
Bonnie Jones, and
Lora Sisson, individually
and on behalf of a class,

    Plaintiffs,

v.

Mohawk Industries, Inc.,

    Defendant.

CIVIL ACTION FILE
NO. 4:04-CV-0003-HLM

## ORDER

This is a class action alleging violations of the federal and Georgia Racketeer Influenced Corrupt Organizations Acts. The case is before the Court on the Court's own Motion and on the Court's April 12, 2010, Order granting preliminary approval of the parties' settlement agreement in this case.

AO 72A
(Rev.8/82)

The Court **ORDERS** counsel for the parties to appear before the Court at 10:30 a.m. E.S.T. on Thursday, July 22, 2010, for a final hearing to approve the settlement agreement in this case.

IT IS SO ORDERED, this the 12 day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)